1  NATHAN D. IDE, #187510
   Attorney at Law
2  Post Office Box 2621
   Visalia, CA 93279
3  Telephone: (559) 734-9889
   Facsimile: (559) 734-9876
4
   Attorneys for
5  ECCO Equipment Corporation

6

7               UNITED STATES DISTRICT COURT
                         FOR THE
8               NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION
9

10

11 UNITED STATES, For the Use of    )
   ECCO EQUIPMENT CORPORATION,      )   Civil Action File
12                                  )   No. C 07-01568 MJJ
              Plaintiff,            )
13                                  )
   vs.                              )
14                                  )   ORDER ALLOWING
   CENTRAL VALLEY CONSTRUCTION, INC.; )  TELEPHONIC APPEARANCE
15 CKY, INC., TPA, INC., AMERICAN   )   AT CASE MANAGEMENT
   CONTRACTORS INDEMNITY COMPANY, and )  CONFERENCE
16 DOES 1-20,                       )
                                    )
17                                  )   Date: July 10, 2007
              Defendants.           )   Time: 2:00 p.m.
18                                  )   Courtroom: 11
                                    )
19 _____)

20

21         Pursuant to the stipulation of the parties filed

22 herein:

23         IT IS HEREBY ORDERED that the parties, Use Plaintiff,

24 ECCO EQUIPMENT CORPORATION, Defendant, CKY, INC. and Defendant,

25 AMERICAN CONTRACTORS INDEMNITY COMPANY, by and through their

26 attorneys of record, shall appear by telephone conference at the

```
 1  Case Management Conference in this matter on July 10, 2007 at
 2  ~~2:00 p.m.~~   1:45 p.m.  Parties shall call 415-522-4141 in a joint call.
 3
 4  Dated: ___7/10/2007_____        _____/s/ Martin J. Jenkins_____
                                       JUDGE OF THE UNITED STATES
 5                                     DISTRICT COURT,
                                       NORTHERN DIVISION
 6
```