Case 3:07-cv-01568-MJJ   Document 38   Filed 08/17/2007   Page 1 of 1

1  NATHAN D. IDE, #187510
   Attorney at Law
2  110 W. Center Ave., Suite A
   Post Office Box 2621
3  Visalia, CA 93279
   Telephone: (559) 734-9889
4  Facsimile: (559) 734-9876

5  Attorneys for
   ECCO Equipment Corporation

6

7

8                UNITED STATES DISTRICT COURT
                         FOR THE
9                NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
10

11 UNITED STATES, For the Use of       )
   ECCO EQUIPMENT CORPORATION,         )   Civil Action File
12                                     )   No. C 07-01568 MJJ
              Plaintiff,               )
13 vs.                                 )
                                       )   ORDER TO AMEND
14 CENTRAL VALLEY CONSTRUCTION, INC.;  )   COMPLAINT TO ADD
   CKY, INC., TPA, INC., AMERICAN      )   ADDITIONAL PARTIES
15 CONTRACTORS INDEMNITY COMPANY, and  )
   DOES 1-20,                          )
16                                     )
              Defendants.              )
17 _____)

18         Good cause appearing therefore,

19         IT IS HEREBY ORDERED that Plaintiff shall amend its

20 complaint to add the following as additional defendants:

21         1)   TPA-CKY JOINT VENTURE;

22         2)   TAN PHUNG & ASSOCIATES, INC.

23         IT IS FURTHER ORDERED that the defendant, TPA, INC.

24 shall be dismissed from this action.

25 Dated:  8/22/2007             _____
                                 JUDGE OF THE UNITED STATES
26                               DISTRICT COURT, NORTHERN
                                 DISTRICT

ORDER TO AMEND COMPLAINT TO
ADD ADDITIONAL PARTIES