Jack W. Fleming, Esq.
MUSICK, PEELER & GARRETT LLP
650 Town Center Drive
Suite 1200
Costa Mesa, CA  92626
714-668-2496

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| ECCO EQUIPMENT CORPORATION | CASE NUMBER: |
|---|---|
| | CV-01568-MJJ |
| v.                                     Plaintiff(s) | |
| CENTRAL VALLEY CONSTRUCTION, CKY INC., etc. et al. | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

CKY INC.                                    [ ] Plaintiff  [X] Defendant  [ ] Other _____
_Name of Party_

hereby substitutes Musick, Peeler & Garrett LLP _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   650 Town Center Drive, Suite 1200
                                                                  _Street Address_

Costa Mesa, CA  92626          714-668-2400       714-668-2490        86292
_City, State, Zip Code_          _Telephone Number_   _Facsimile Number_   _State Bar Number_

as attorney of record in the place and stead of Raphael L. Rosingana
                                                  _Present Attorney_

Dated: August 3, 2007

                                                  _Signature of Party_
                                                  K. Timothy Yu, President

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: August 7, 2007

                                                  _Signature of Present Attorney_
                                                  Raphael L. Rosingana, SBN 05447

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: August 3, 2007

                                                  _Signature of New Attorney_
                                                  Jack W. Fleming

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.
Dated: 8/13/07

                                                  United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** _If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov._

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                      G01