DN/ah
13907
08/07/07

DONNA B. NOUSHKAM (Bar No. 232716), a Member of
LANAK & HANNA, P.C.
400 North Tustin Avenue, Suite 120
Santa Ana, CA 92705-3815
Telephone Number: (714) 550-0418
Facsimile Number: (714) 550-7603
Email: dnoushkam@lanak-hanna.com

Attorneys for Defendant/Cross-Claimant/Third Party Plaintiff,
AMERICAN CONTRACTORS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, For the Use of<br>ECCO EQUIPMENT CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>CENTRAL VALLEY CONSTRUCTION, INC.;<br>CKY, INC., TPA, INC., AMERICAN<br>CONTRACTORS INDEMNITY COMPANY,<br>and DOES 1 through 20,<br><br>    Defendants.<br><br>AMERICAN CONTRACTORS INDEMNITY<br>COMPANY,<br><br>    Cross-Claimant,<br>v.<br><br>CENTRAL VALLEY CONSTRUCTION, INC.;<br>CKY, INC., and ROES 1 through 20,<br><br>    Cross-Defendants. | CASE NO.  C 07 1568 MJJ<br>*Assigned for all purposes to*<br>*Honorable Martin J. Jenkins, Courtroom 11*<br><br>[~~PROPOSED~~] **ORDER RE DISMISSAL OF AMERICAN CONTRACTORS INDEMNITY COMPANY'S CROSS-CLAIM AND THIRD PARTY COMPLAINT, WITHOUT PREJUDICE** |

  GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, filed on September 4, 2007, it is hereby

  ORDERED, ADJUDGED, AND DECREED, that the Cross-Claim of American Contractors Indemnity Company ("ACIC") filed on May 16, 2007, and the Third-Party Complaint of ACIC, filed

-1-

Lanak & Hanna, P.C.
400 N. Tustin Ave
Suite 120
Santa Ana, CA
92705-3815
714/550-0418

L:\ACIC\13907\Pleadings\070904 Proposed Order re Stip for Dismissal.wpd

[PROPOSED] ORDER RE DISMISSAL OF ACIC'S CROSS-CLAIM AND THIRD PARTY COMPLAINT, WITHOUT PREJUDICE

DN/ah
13907
08/07/07

Lanak & Hanna, P C
400 N. Tustin Ave
Suite 120
Santa Ana, CA
92705-3815
714/550-0418

1  on May 16, 2007, in the above-captioned matter is dismissed **without prejudice**.

3  Date:   9/6/07

Judge of the United States District Court

IT IS SO ORDERED
Judge Martin J. Jenkins

-2-

L:\ACIC\13907\Pleadings\070904 Proposed Order re Stip for Dismissal.wpd

[PROPOSED] ORDER RE DISMISSAL OF ACIC'S CROSS-CLAIM AND THIRD PARTY COMPLAINT, WITHOUT PREJUDICE