DN/ah
13907
09/12/07

1  DONNA B. NOUSHKAM (Bar No. 232716), a Member of
   LANAK & HANNA, P.C.
2  400 North Tustin Avenue, Suite 120
   Santa Ana, CA 92705-3815
3  Telephone Number: (714) 550-0418
   Facsimile Number: (714) 550-7603
4  Email: dnoushkam@lanak-hanna.com

5  Attorneys for Defendant/Cross-Claimant/Third Party Plaintiff,
   AMERICAN CONTRACTORS INDEMNITY COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 UNITED STATES, For the Use of          )   CASE NO.  C 07 1568 MJJ
   ECCO EQUIPMENT CORPORATION,            )   *Assigned for all purposes to*
12                                        )   *Honorable Martin J Jenkins, Courtroom 11*
                    Plaintiff,            )
13      v.                                )   **REQUEST FOR APPROVAL OF**
                                          )   **SUBSTITUTION OF ATTORNEY**
14 CENTRAL VALLEY CONSTRUCTION, INC.;     )   **AND ORDER THERETO**
   CKY, INC.; TPA, INC., AMERICAN         )
15 CONTRACTORS INDEMNITY COMPANY,         )
   and DOES 1 through 20,                 )
16                                        )
                    Defendants.           )
17 _____)

18
        Defendant, AMERICAN CONTRACTORS INDEMNITY COMPANY ("ACIC"), hereby
19
   requests the Court to approve the substitution of Musick, Peeler & Garrett LLP as its attorney of
20
   record in place and stead of Lanak & Hanna, P.C.
21
        ACIC consents to this substitution.
22

23                                          AMERICAN CONTRACTORS
                                            INDEMNITY COMPANY
24

25 Dated: September 12, 2007      By: _____
26                                     Title: SUB-CLAIMS
                                       Requesting Party
27

28

Lanak & Hanna, P.C.
400 N Tustin Ave
Suite 120
Santa Ana, CA
92705-3815
714/550-0418

L:\ACIC\13907\Pleadings\070912 Request for Approval of Sub of Atty and Order.wpd

-1-

REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY AND ORDER THERETO

Case 3:07-cv-01568-MJJ   Document 44   Filed 09/19/2007   Page 2 of 4

DN/ah
13907
09/12/07

1    Lanak & Hanna, P.C., as the counsel substituting out, consents to this substitution.

2                                                 LANAK & HANNA, P.C.

3

4 Dated: September 19, 2007      By: _____

5                                            DONNA B. NOUSHKAM
                                                 Present Attorney for Defendant,
6                                                  AMERICAN CONTRACTORS
                                                 INDEMNITY COMPANY

7

8    Musick, Peeler & Garrett, LLP, as the counsel substituting in, consents to this substitution.

9 Attorney, Jack W. Fleming (SBN: 86292) of Musick, Peeler & Garrett LLP will be the new attorney

10 of record for ACIC. Mr. Fleming's contact information is as follows: 650 Town Center Dr., Suite

11 1200, Costa Mesa, CA 92626-7166; telephone (714) 668-2421; and facsimile (714) 668-2490.

12                                      MUSICK, PEELER & GARRETT LLP

13

14 Dated: September 12, 2007      By: _____
                                                 JACK W. FLEMING, State Bar No. 86292
15                                                  New Attorneys for Defendant, AMERICAN
                                                 CONTRACTORS INDEMNITY
16                                                  COMPANY

17

18                                                      **ORDER**

19    The Court hereby orders that the request of Defendant AMERICAN CONTRACTORS

20 INDEMNITY COMPANY ("ACIC") to substitute Jack W. Fleming (SBN: 86292) of Musick,

21 Peeler & Garrett LLP, 650 Town Center Dr., Suite 1200, Costa Mesa, CA 92626-7166,

22 j.fleming@mpglaw.com, telephone (714) 668-2421, and facsimile (714) 668-2490, as attorney of

23 record in place and stead of Lanak & Hanna, P.C. is hereby **GRANTED**.

   **IT IS SO ORDERED.**
24

25 Dated: September 24, 2007      By: _____
26                                                  MARTIN J. JENKINS
                                                 United States District Judge
27

28

Lanak & Hanna, P.C.
400 N. Tustin Ave
Suite 120
Santa Ana, CA
92705-1815
714/550-0418

L:\ACIC\13907\Pleadings\070912 Request for Approval of Sub of Atty and Order.wpd

-2-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO

Case 3:07-cv-01568-MJJ   Document 44   Filed 09/19/2007   Page 3 of 4

## PROOF OF SERVICE
*UNITED STATED for the Use of ECCO EQUIPMENT CORPORATION v. CENTRAL VALLEY CONSTRUCTION, INC., et al*
U.S. District Court, Northern District of California, Case No. C 07-1568 MJJ

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF ORANGE      )

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is 400 North Tustin Avenue, Suite 120, Santa Ana, California 92705-3815.

On **September 19, 2007**, I served the foregoing document described as **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND ORDER THERETO**, on the persons listed below as follows:

**PLEASE SEE ATTACHED SERVICE LIST.**

[X] **(By U.S. Mail)** I enclosed the document(s) listed above in a sealed envelope or package addressed to the persons listed below and placed the envelope for collection and mailing, following ordinary business practices of Lanak & Hanna, P.C. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ] **(By Personal Service by Messenger)** I commissioned _____ to personally serve the documents listed above by delivering a copy thereof to the office of the following, and either handing the copy to the person named below or leaving it with the receptionist or other person having charge of the office thereof. A proof of service has been requested from _____ and if necessary, will be filed with the Court.

[ ] **(By Express/Overnight Mail Service)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. The airbill confirmation number is *. (CCP §1013)(CCP §437c(a))

[ ] **(By Facsimile Transmission)** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine I used. A copy of the record of the fax transmission, which I printed out, is attached.

[X] **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this Proof of Service was executed on **September 19, 2007**, at Santa Ana, California.

*Ana Horta*

Lanak & Hanna, P.C.
400 N Tustin Ave
Suite 120
Santa Ana, CA
92705-3815
714/550-0418

- 1 -

### SERVICE LIST
*UNITED STATED for the Use of ECCO EQUIPMENT CORPORATION v. CENTRAL VALLEY CONSTRUCTION, INC., et al*
U.S. District Court, Northern District of California, Case No. C 07-1568 MJJ

| | |
|---|---|
| Nathan D. Ide, Esq.<br>P.O. Box 2621<br>Visalia, CA 93279<br><br>Telephone Number: (559) 734-9889<br>Facsimile Number: (559) 734-9876 | Attorneys for Plaintiff,<br>ECCO EQUIPMENT CORPORATION |
| James E. Ganzer, Esq.<br>GANZER & WILLIAMS<br>1617 St. Mark's Plaza, Suite A<br>Post Office Box 7683<br>Stockton, CA 95267<br><br>Telephone Number: (209) 476-1661<br>Facsimile Number: (209) 476-1674 | Attorneys for Defendant/<br>Cross-Defendant,<br>CENTRAL VALLEY<br>CONSTRUCTION, INC. |
| Jack W. Fleming, Esq.<br>MUSICK, PEELER & GARRETT LLP<br>650 Town Center Dr., Suite 1200<br>Costa Mesa, CA 92626<br><br>Telephone Number: (714) 668-2421<br>Facsimile Number: (714) 668-2490 | Attorneys for Third Party Defendants,<br>TPA-CKY, Joint Venture;<br>TAN PHUNG, individually;<br>JULIE PHUNG, individually;<br>TIM YU, individually; CECILIA YU, individually;<br>TAN PHUNG & ASSOCIATES, INC., and Defendant/Cross-Defendant,<br>CKY, INC. |

Lanak & Hanna, P.C.
400 N. Tustin Ave
Suite 120
Santa Ana, CA
92705-3815
714/550-0418

- 2 -