JAMES E. GANZER (#99293)
GANZER & WILLIAMS
1617 St. Mark's Plaza, Suite A
Post Office Box 7683
Stockton, California 95267
Telephone: (209) 476-1661
Facsimile: (209) 476-1674

Attorneys for Defendants and
Counterdefendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES, For the Use of ECCO EQUIPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL VALLEY CONSTRUCTION, INC.; CKY, INC., TPA, INC., AMERICAN CONTRACTORS INDEMNITY COMPANY, and DOES 1 Through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS<br><br>AND RELATED COUNTER-CLAIMS | Case No. C-07-1568 SI<br><br>SUBSTITUTION OF ATTORNEYS<br><br>-----------------------------------<br><br>ORDER |

The Court and all parties are notified that Phillip Vallejo makes the following substitution:

1. Former legal representative: James E. Ganzer, Ganzer & Williams, 1617 St. Mark's Plaza, Suite A, Stockton, CA 95207; telephone (209) 476-1661; facsimile (209) 476-1674; e-mail address: jeganzer@aol.com.

Substitution of Attorneys

2. New legal representative: Jennifer K. Whipple, Herum Crabtree Brown, 2291 W. March Lane, Suite B-100, Stockton, CA 95207; telephone (209) 472-7700; facsimile (209) 472-7986; e-mail address: jwhipple@herumcrabtree.com.

3. The party making this substitution is a defendant in the above-entitled action.

4. I consent to this substitution.

DATED: April 14, 2008                    /s/ Phillip Vallejo
                                         PHILLIP VALLEJO


5. I consent to this substitution.

DATED: April 15, 2008                    /s/ Jennifer K. Whipple
                                         JENNIFER K. WHIPPLE


6. I consent to this substitution.

DATED: April 16, 2008                    /s/ James E. Ganzer
                                         JAMES E. GANZER


ORDER

Good cause appearing, the foregoing substitution of attorneys is approved and made the order of this court.

DATED:

_____
SUSAN ILLSTON
United States District Judge


J76:cvc.ecco.substitution

Substitution of Attorneys