Michael F. Babitzke, Esq. - SBN 50048
Michael F. Babitzke, Inc.
6 South El Dorado Street, Suite 305
Stockton, California 95202
Telephone: (209) 465-5722
Facsimile: (209) 465-0714

Attorney for Defendant,
Central Valley Construction, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA; SAN FRANCISO DIVISION

| | |
|---|---|
| UNITED STATES, For the Use of ECCO EQUIPMENT CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL VALLEY CONSTRUCTION, INC., CKY INC., TPA, INC. AMERICAN CONTRACTORS INDEMNITY COMPANY, and DOES 1-20, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C-07-1568 MJJ<br><br><br><br>**SUBSTITUTION OF ATTORNEY** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Defendant, Tony Arnaiz hereby makes the following substitution of attorney:

Prior legal representation was James Ganzer, Esq.

Current legal representation is Michael F. Babitzke State Bar number 50048 of Michael F. Babitzke, Inc. 6 S. El Dorado Street, Suite 305, Stockton, CA 95202; (209) 465-5722.

I consent to this substitution:

DATED: June 27, 2008

*[signature]*
Tony Arnaiz

1

1  I consent to this substitution:
2  DATED: June 30, 2008

_____
James Ganzer
(Former attorney)

4  I consent to this substitution:
5  DATED: June 30, 2008

_____
Michael F. Babitzke
(New attorney)

**IT IS SO ORDERED**

*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

I am a Citizen of the United States. I am over the age of eighteen years and not a party to the within action; my business address is 6 South El Dorado Street, Suite 305, Stockton, California.

I served the within, **SUBSTITUTION OF ATTORNEY,** on the interested parties in this action, by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**Attorney for ECCO EQUIPMENT CORPORATION**:
Nathan D. Ide
110 W. Center Avenue, Suite A
P.O. Box 2621
Visalia, CA 93279
Fax: (559) 734-9876

**Attorney for RENTAL SOLUTIONS, LLC**:
Stan Dale Blyth
11 Embarcadero West, Suite 145
Oakland, CA 94607
Fax: (510) 451-3931

**Attorney for AMERICAN CONTRACTORS INDEMNITY CO.**
Donna Noushkam
400 N. Tustin Ave., Suite 120
Santa Ana, CA 92705

**Attorney for CKY, INC.**
Raphael Louis Rosingana
ROSINGANA & ASSOCIATES
P.O. Box 1365
Loomis, CA 95650
Fax: (916) 652-9433

**Attorney for CKY, INC, TPA-CKY, JOINT VENTURE**
Jack William Fleming
MUSICK, PEELER & GARRETT
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Fax: (714) 668-2490

**Attorney for PHILLIP VALLEJO**:
Jennifer K. Whipple
HERUM CRABTREE BROWN
2291 W. March Lane, Sutie B-100
Stockton, CA 95207
Fax:

**Attorney for CENTRAL VALLEY CONSTRUCTION, INC.**
James Ganzer
Ganzer & Williams
1617 St. Mark's Plaza, Suite A
Stockton, CA 95207
Fax: (209) 476-1974

1    __XX__    (BY MAIL) The envelope was mailed with postage thereon fully prepaid. I am "readily" familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

   ___    BY FACSIMILE (____) ____-_____.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July _7_, 2008, at Stockton, California.

*Tracie Campbell* (signature)
Tracie Campbell