IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ECCO EQUIPMENT
    Plaintiff,

v.

CENTRAL VALLEY CONSTRUCTION,
    Defendant.
_____/

No. C 07-1568 SI
**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 5, 2008.

DESIGNATION OF EXPERTS: 11/3/08; REBUTTAL: 11/17/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 19, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by October 31, 2008;

    Opp. Due November 14, 2008; Reply Due November 21, 2008;

    and set for hearing no later than December 5, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 27, 2009 at 3:30 PM.

JURY TRIAL DATE: February 9, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

RE: C-07-4929
The case will be dismissed within two weeks.

RE: 07-1568
The settlement conference scheduled to occur before Judge Zimmerman on 8/12/08 is vacated. The referral is vacated.
The Court adjusted the trial schedule as indicated above.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge