IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ECCO EQUIPMENT
       Plaintiff,

v.

CENTRAL VALLEY CONSTRUCTION,
       Defendant.

_____/

No. C07-1568 SI

THIRD

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 6, 2009.

DESIGNATION OF EXPERTS: 2/16/09 ; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 31, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by February 20, 2009;

    Opp. Due March 6, 2009; Reply Due March 13, 2009;

    and set for hearing no later than March 27, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 29, 2009 at 3:30 PM.

JURY TRIAL DATE: May 11, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted the request for a new trial schedule as indicated above.
The related case has settled and will be dismissed.
Private mediation shall be completed by 1/23/09.
Central Valley shall produce the requested documents by 10/18/08.
The parties shall further brief the dispute between plaintiff and Anthony Arnez.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge