```
NATHAN D. IDE, #187510
Attorney at Law
110 W. Center Ave., Suite A
Post Office Box 2621
Visalia, CA 93279
Telephone: (559) 734-9889
Facsimile: (559) 734-9876

Attorneys for
ECCO Equipment Corporation
```

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, For the Use of ECCO EQUIPMENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL VALLEY CONSTRUCTION, INC.; CKY, INC., TPA, INC., AMERICAN CONTRACTORS INDEMNITY COMPANY, and DOES 1-20,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | Civil Action File No. C 07-01568 MJJ<br><br>STIPULATION FOR DISMISSAL OF ACTION; ORDER<br><br>FRCP 41 |

Plaintiff, ECCO EQUIPMENT CORPORATION, and defendants/cross-claimants CENTRAL VALLEY CONSTRUCTION INC., CKY, INC., TPA, INC., TPA-CKY JOINT VENTURE, AMERICAN CONTRACTORS INDEMNITY COMPANY, ANTHONY ARNAIZ, and PHILLIP VALLEJO enter into the following stipulation:

1. The Parties hereto stipulate to the dismissal of the

complaint filed by ECCO EQUIPMENT CORPORATION, with each party to bear their own fees and costs.

Dated: 2/26/09

*[signature: Nathan D. Ide]*
NATHAN D. IDE,
Attorney for Plaintiff
ECCO EQUIPMENT CORPORATION

GANZER & WILLIAMS

Dated: _____

By: _____
JAMES E. GANZER, Attorneys for
CENTRAL VALLEY
CONSTRUCTION, INC.

MUSICK, PEELER & GARRETT LLP

Dated: _____

By: _____
JACK W. FLEMING, Attorneys for
CKY, INC., TPA, INC.,
TPA/CKY JOINT VENTURE
AMERICAN CONTRACTORS
INDEMNITY COMPANY

HERUM CRABTREE BROWN

Dated: _____

By: _____
JENNIFER K. WHIPPLE,
Attorneys for
PHILLIP VALLEJO

Dated: _____

By: _____
MICHAEL F. BABITZKE,
Attorney for
ANTHONY ARNAIZ

NATHAN D. IDE
ATTORNEY AT LAW
VISALIA, CA

-2-

STIPULATION FOR DISMISSAL OF ACTION
AND ORDER

```
 1 | complaint filed by ECCO EQUIPMENT CORPORATION, with each party to
 2 | bear their own fees and costs.
 3 |
 4 | Dated: 2/26/09                    /s/ Nathan D. Ide
 5 |                                   NATHAN D. IDE,
   |                                   Attorney for Plaintiff
 6 |                                   ECCO EQUIPMENT CORPORATION
 7 |                                   GANZER & WILLIAMS
 8 |
 9 | Dated: _____            By:_____
10 |                                   JAMES E. GANZER, Attorneys for
   |                                   CENTRAL VALLEY
11 |                                   CONSTRUCTION, INC.
12 |                                   MUSICK, PEELER & GARRETT LLP
13 |
14 | Dated: _____
   |                                   By:_____
15 |                                   JACK W. FLEMING, Attorneys for
   |                                   CKY, INC., TPA, INC.,
16 |                                   TPA/CKY JOINT VENTURE
   |                                   AMERICAN CONTRACTORS
17 |                                   INDEMNITY COMPANY
18 |                                   HERUM CRABTREE BROWN
19 |
20 | Dated: _____            By:_____
   |                                   JENNIFER K. WHIPPLE,
21 |                                   Attorneys for
   |                                   PHILLIP VALLEJO
22 |
23 | Dated: 2-26-09                    By: /s/ Michael F. Babitzke
24 |                                   MICHAEL F. BABITZKE,
   |                                   Attorney for
25 |                                   ANTHONY ARNAIZ
26 |
```

NATHAN D. IDE
ATTORNEY AT LAW
VISALIA, CA

-2-

STIPULATION FOR DISMISSAL OF ACTION
AND ORDER

02/27/2009 13:57    2094650714                MICHAEL BABITZKE                        PAGE 03/07
Case 3:07-cv-05685-SI Document 109 Filed 02/27/2009 Page 3 of 7

complaint filed by ECCO EQUIPMENT CORPORATION, with each party to bear their own fees and costs.

Dated: _____  _____
NATHAN D. IDE,
Attorney for Plaintiff
ECCO EQUIPMENT CORPORATION

GANZER & WILLIAMS

Dated: _____  By: _____
JAMES E. GANZER, Attorneys for
CENTRAL VALLEY
CONSTRUCTION, INC.

MUSICK, PEELER & GARRETT LLP

Dated: _____  By: _____
JACK W. FLEMING, Attorneys for
CKY, INC., TPA, INC.,
TPA/CKY JOINT VENTURE
AMERICAN CONTRACTORS
INDEMNITY COMPANY

HERUM CRABTREE BROWN

Dated: _____  By: _____
JENNIFER K. WHIPPLE,
Attorneys for
PHILLIP VALLEJO

Dated: _____  By: _____
MICHAEL F. BABITZKE,
Attorney for
ANTHONY ARNAIZ

NATHAN D. IDE
ATTORNEY AT LAW
VISALIA, CA

-2-

STIPULATION FOR DISMISSAL OF ACTION
AND ORDER

complaint filed by ECCO EQUIPMENT CORPORATION, with each party to bear their own fees and costs.

Dated: _____

NATHAN D. IDE,
Attorney for Plaintiff
ECCO EQUIPMENT CORPORATION

GANZER & WILLIAMS

Dated: _____

By: _____
JAMES E. GANZER, Attorneys for
CENTRAL VALLEY
CONSTRUCTION, INC.

MUSICK, PEELER & GARRETT LLP

Dated: 2/27/09

By: _____
JACK W. FLEMING, Attorneys for
CKY, INC., TPA, INC.,
TPA/CKY JOINT VENTURE
AMERICAN CONTRACTORS
INDEMNITY COMPANY

HERUM CRABTREE BROWN

Dated: _____

By: _____
JENNIFER K. WHIPPLE,
Attorneys for
PHILLIP VALLEJO

Dated: _____

By: _____
MICHAEL F. BABITZKE,
Attorney for
ANTHONY ARNAIZ

complaint filed by ECCO EQUIPMENT CORPORATION, with each party to bear their own fees and costs.

Dated: _____

NATHAN D. IDE,
Attorney for Plaintiff
ECCO EQUIPMENT CORPORATION

GANZER & WILLIAMS

Dated: _____    By: _____
JAMES E. GANZER, Attorneys for
CENTRAL VALLEY
CONSTRUCTION, INC.

MUSICK, PEELER & GARRETT LLP

Dated: _____    By: _____
JACK W. FLEMING, Attorneys for
CKY, INC., TPA, INC.,
TPA/CKY JOINT VENTURE
AMERICAN CONTRACTORS
INDEMNITY COMPANY

HERUM CRABTREE BROWN

Dated: Feb. 26, 2009    By: /s/ Jennifer K. Whipple
JENNIFER K. WHIPPLE,
Attorneys for
PHILLIP VALLEJO

Dated: _____    By: _____
MICHAEL F. BABITZKE,
Attorney for
ANTHONY ARNAIZ

NATHAN D. IDE
ATTORNEY AT LAW
VISALIA, CA

-2-

STIPULATION FOR DISMISSAL OF ACTION
AND ORDER

ORDER

Pursuant to the stipulation of the parties, the complaint of ECCO EQUIPMENT CORPORATION is dismissed. The Court, finding the balance of the claims lacking original Federal jurisdiction, dismisses the balance of the action and counter/cross-claims pursuant to 28 U.S.C. §1367(c)3.

IT IS SO ORDERED.

*Susan Illston*

Dated: _____     _____
                                   JUDGE